# IN THE SUPREME COURT OF THE STATE OF NEVADA

LANCE REBERGER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83310

FILED

AUG 2 6 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se original petition seeks a writ of mandamus compelling the district court to grant petitioner's motion for an extra $100 on an NDOC copy machine.

This court has original jurisdiction to issue writs of mandamus, and the issuance of such extraordinary relief is solely within this court's discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioners bear the burden to show that extraordinary relief is warranted, and such relief is proper only when there is no plain, speedy, and adequate remedy at law. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). An appeal is generally an adequate remedy precluding writ relief. *Id.* at 224, 88 P.3d at 841. Even when an appeal is not immediately available because the challenged order is interlocutory in nature, the fact that the order may ultimately be challenged on appeal from a final judgment generally precludes writ relief. *Id.* at 225, 88 P.3d at 841. Having considered the petition, we are not persuaded that our

21-24830

extraordinary intervention is warranted because petitioner has not demonstrated that an appeal from a judgment below would not be a plain, speedy, and adequate remedy to challenge the denial of his motion. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, Chief Judge
       Lance Reberger
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk